ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-540 RHK/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GLENN LAWRENCE ROIS,<br>Defendant. | ) | TEMPORARY RESTRAINING ORDER |

Upon consideration of the plaintiff's motion for temporary restraining order, argument of counsel, and all the files, records, and proceedings herein, the Court finds that:

1. This Court has jurisdiction of the parties and subject matter of this action, and venue is proper.

2. There is good cause for issuing this Order without prior notice to defendant pursuant to Rule 65(b), Fed. R. Civ. P.

3. There is good cause to believe that defendant tendered to the Clerk of Court money orders in payment of his fine and special assessment that could not be negotiated and did not, in fact, constitute payment.

4. There is good cause to believe that defendant's tender of the money orders was made to fraudulently induce the United States to satisfy the criminal money judgment in United States v. Glenn Lawrence Rois, Criminal No. 99-215(1)(JMR).

5. There is good cause to believe that plaintiff will prevail on the merits of this action for rescission and other relief.

6. There is good cause to believe that immediate and

MAR 28 2001

irreparable harm will result from defendant's actions unless a temporary restraining order is entered because the United States will lose its lien priority and because title to property on which the liens attached may be clouded by the filing of satisfactions of a judgment not in fact satisfied and that there will be immediate and irreparable damage to the Court's ability to grant effective final relief unless defendant is temporarily restrained.

7. Weighing the equities, a temporary restraining order is in the public interest and will not harm defendant.

8. No security from the United States is required under Rule 65(c), Fed. R. Civ. P.

ACCORDINGLY IT IS HEREBY ORDERED:

1. Plaintiff's motion for a temporary restraining order is granted.

2. Defendant, by himself or through others, is temporarily enjoined and restrained from filing or otherwise tendering to the County Recorder of Swift County, Minnesota, and the County Recorder of Coddington County, South Dakota, the Satisfactions of Judgment and Release of Abstract of Judgment issued by the United States on or about March 21, 2001.

3. Defendant shall present the Satisfactions of Judgment and Release of Lien to the Clerk of Court to be held pending further Order of the Court.

4. Plaintiff shall file a copy of this Order with the County Recorders in Swift County, Minnesota, and Coddington County, South

Dakota.

5. Plaintiff is not required to post security in connection with this Order.

6. The temporary restraining order issued herein will expire within ten days from the date of this order, unless within such time the order is extended or this temporary restraining order is made a permanent injunction.

IT IS FURTHER ORDERED that a copy of this Order may be served on defendant by first class mail, by facsimile or personally by employees of the United States, including employees of the Bureau of Prisons.

IT IS SO ORDERED.

Dated: March 28, 2001

JAMES M. ROSENBAUM
U.S. District Court Judge