UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-540(JMR/RLE)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Glenn Rois | ) | |

The hearing on plaintiff's application for a preliminary injunction in this matter will be held on April 5, 2001, at 8:30 a.m. Pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure, the Court will consolidate the trial of the action on the merits with the preliminary injunction hearing. All briefs relating to this matter must be filed with the Court no later than April 3, 2001.

IT IS SO ORDERED.

Dated: March 29, 2001

JAMES M. ROSENBAUM
United States District Judge

FILED 3-30-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK