UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-540 RHK/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. GLENN LAWRENCE ROIS, Defendant. | ) | **ORDER** |

Based upon the agreement of defendant, the Temporary Restraining Order, issued by the Court on March 28, 2001, is continued in full force and effect until April 16, 2001, unless thereafter extended by the Court.

Dated: April 5, 2001

JAMES M. ROSENBAUM
Judge of District Court

FILED APR - 5 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK