UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America<br><br>v.<br><br>Glenn L. Rois | )<br>)<br>)<br>)<br>) | 99-CR-215 |

| | | |
|---|---|---|
| United States of America<br><br>v.<br><br>Glenn L. Rois | )<br>)<br>)<br>)<br>) | 01-~~CR~~ CV-540 |

ORDER FOR REASSIGNMENT OF RELATED CASES

Case No. 99-CR-215, having been assigned to the Honorable James M. Rosenbaum, United States District Judge, and Case No. 01-CR-540, having later been assigned to the Honorable Richard H. Kyle, United States District Judge, and said matters being related cases, IT IS ORDERED that:

1. Case No. 01-~~CR~~ CV-540 be assigned to Judge Rosenbaum, nunc pro tunc, by use of a card on the master list of the automated case assignment system, and the Clerk of Court shall void and reuse a card on the same list, pursuant to this Court's Assignment of Cases Order, dated April 2, 2001.

APR 10 2001
FILED________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

2. A copy of this Order shall be filed in each case.

Dated: April 4th, 2001

JAMES M. ROSENBAUM
United States District Judge

Dated: April 9, 2001

RICHARD H. KYLE
United States District Judge

United States of America

vs. 01-cv-540JMR/RLE

Glenn L. Rois

The above-entitled action has been re-assigned to Judge James M. Rosenbaum as a related case to 99-cr-215 already assigned to Judge Rosenbaum. The Magistrate Judge will remain the same. Please refer to the above file number when submitting documents for filing in the future.