UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-540 RHK/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLENN LAWRENCE ROIS,<br><br>Defendant. | ) | ORDER GRANTING PRELIMINARY INJUNCTION |

This matter came before the Court on April 16, 2001, on the motion of plaintiff United States for preliminary injunction. Mary Trippler, Assistant United States Attorney, appeared for plaintiff. Defendant, Glenn Lawrence Rois, appeared pro se.

Based upon the agreement of defendant that the Temporary Restraining Order issued on March 28, 2001, and extended by agreement to April 16, 2001, may be entered as a preliminary injunction, effective until this matter is determined on the merits, the Court finds that:

1. The Court has jurisdiction of the parties and subject matter of this action, and venue is proper.

2. There is good cause to believe that defendant tendered to the Clerk of Court money orders in payment of his fine and special assessment that could not be negotiated and did not, in fact, constitute payment.

3. There is good cause to believe that defendant's tender of the money orders was made to fraudulently induce the United States to satisfy the criminal money judgment in United States v. Glenn

FILED 4-25-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Lawrence Rois, Criminal No. 99-215(1)(JMR).

4. There is good cause to believe that plaintiff will prevail on the merits of this action for rescission and other relief.

5. There is good cause to believe that immediate and irreparable harm will result from defendant's actions unless a preliminary injunction is entered because the United States will lose its lien priority and because title to property on which the liens attached may be clouded by the filing of satisfactions of a judgment not in fact satisfied and that there will be immediate and irreparable damage to the Court's ability to grant effective final relief unless defendant is preliminarily restrained.

6. Weighing the equities, a preliminary injunction is in the public interest and will not harm defendant.

7. No security from the United States is required under Rule 65(c), Fed. R. Civ. P.

ACCORDINGLY IT IS HEREBY ORDERED that:

1. Plaintiff's motion for preliminary injunction is granted;

2. Defendant, by himself or through others, is preliminarily enjoined and restrained from filing or otherwise tendering to the County Recorder of Swift County, Minnesota, and the County Recorder of Coddington County, South Dakota, the Satisfactions of Judgment and Releases of Abstract of Judgment issued by the United States on or about March 21, 2001;

3. Defendant shall present the Satisfactions of Judgment and Releases of Lien to the Clerk of

Court to be held pending further Order of the Court;

4. Plaintiff shall file a copy of this Order with the County Recorders in Swift County, Minnesota, and Coddington County, South Dakota;

5. Plaintiff is not required to post security in connection with this Order.

6. The preliminary injunction issued herein will expire upon a determination by this Court of the merits of this action, whether upon motion or by trial.

IT IS SO ORDERED.

Dated: April 24, 2001

JAMES M. ROSENBAUM
United States District Court Judge