UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-676 JRT/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | **ORDER** |
| GLENN LAWRENCE ROIS, Defendant. | ) | |

This matter comes before the Court, without a hearing, on the motion of plaintiff United States for entry of default judgment. Mary Trippler, Assistant U.S. Attorney, appears for plaintiff.

Based upon the briefs and arguments of counsel, the declarations filed herein, and upon all the files, records and proceedings, the Court finds that defendant is in default and that plaintiff is entitled to default judgment pursuant to Rule 55(b), Fed.R.Civ.P. The Court also finds that no hearing is necessary to determine relief or enforce the judgment.

ACCORDINGLY, IT IS HEREBY ORDERED that plaintiff's motion is granted, and judgment is entered for plaintiff and against defendant for the relief sought in the complaint.

IT IS FURTHER ORDERED that:

1. The Clerk of Court shall cancel and rescind the Satisfactions of Judgment and Releases of Abstract of Judgment filed on or about March 21, 2001, in Criminal No. 99-215(1)(JMR) and shall reinstate in full the judgment of $30,000 in fine and

FILED
RICHARD D. SLETTEN, CLERK
JAN 11 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

$500 in special assessment in that case.

2. Defendant is permanently restrained and enjoined from filing the Satisfactions of Judgment and Releases of Abstract of Judgment filed on or about March 21, 2001, or otherwise representing that the fine and special assessment in Criminal No, 990215(1)(JMR) has paid or satisfied by such Satisfactions of Judgment and Releases of Abstract of Judgment.

3. Defendant shall, within 10 days of the date of this order, return to plaintiff the originals and all copies of the Satisfactions of Judgment and Releases of Abstract of Judgment sent to him by plaintiff on or about March 23, 2001.

4. Plaintiff shall file a copy of this order with the County Recorders of Swift County, Minnesota, and Coddington County, South Dakota.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 9, 2002

James M. Rosenbaum, Chief Judge
District of Minnesota