# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States Of America, Case No. Civil 01-540 JMR/RLE

v. **JUDGMENT IN A CIVIL CASE**

Glenn Lawrence Rois,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Judgment is hereby entered in favor of the plaintiff and against the defendant for the relief sought in the complaint.

DATE: January 11, 2002

RICHARD D. SLETTEN, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

(33)